HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Rachelle.barbour@fd.org

Attorney for Defendant
RAUL LOPEZ-CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ-CORTEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>S. SALMONSEN, Warden,<br><br>　　　　Respondent. | Case No. 2:23-cv-03007-JDP__<br><br>STIPULATION AND [proposed] ORDER EXTENDING DEADLINE TO COMPLY WITH COURT'S ORDER OF JANUARY 8, 2024, BY 24 HOURS<br><br>Judge: Hon. Jeremy D. Peterson |

　　　　Petitioner a brief in response to Respondent's Motion to Dismiss is currently due on March 13, 2024.  Petitioner's counsel needs additional time to arrange a legal telephone call with Mr. Lopez-Cortez before submitting the brief.  In order to allow time for Petitioner and his counsel to arrange and complete a legal telephone call, the parties agree to the following briefing and hearing schedule:

　　　　Petitioner's brief in response to Respondent's Motion to Dismiss due by 4/3/2024; Respondent's reply in support of its Motion to Dismiss, if any, due by 4/12/2024; Petitioner's Motion for Discovery, previously set for hearing on 4/11/2024, and Respondent's Motion to Dismiss are ordered SET for hearing on 4/18/2024 at 10:00 AM via Zoom before Magistrate Judge Jeremy D. Peterson.

//

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  March 13, 2024 | |
| | HEATHER WILLIAMS<br>Federal Defender |
| | *s/ Carolyn Wiggin*<br>RACHELLE BARBOUR<br>CAROLYN WIGGIN<br>Assistant Federal Defenders |
| Dated: March 13, 2024 | PHILLIP TALBERT<br>United States Attorney |
| | */s/ Michelle Rodriguez*<br>_____<br>MICHELLE RODRIGUEZ<br>Assistant United States Attorney |

**[PROPOSED] ORDER**

For good cause, **IT IS HEREBY ORDERED** that in the case *Lopez-Cortez v. Salmonsen*, No. 2:23-cv-03007-JDP, the following briefing schedule shall apply: Petitioner's brief in response to Respondent's Motion to Dismiss due by 4/3/2024; Respondent's reply in support of its Motion to Dismiss, if any, due by 4/12/2024; Petitioner's Motion for Discovery, previously set for hearing on 4/11/2024, and Respondent's Motion to Dismiss are ordered SET for hearing on 4/18/2024 at 10:00 AM via Zoom before Magistrate Judge Jeremy D. Peterson.

IT IS SO ORDERED.

Dated: _March 18, 2024_

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE