UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ-CORTEZ, | No. 2:23-cv-03007-DAD-JDP (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, AND CLOSING CASE |
| v. | |
| S. SALMONSON, | (Doc. Nos. 13, 38) |
| Respondent. | |

Petitioner Raul Lopez-Cortez, a federal prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, arguing that he was entitled to time credits under the First Step Act ("FSA") and the U.S. Bureau of Prisons was failing to award him those credits. (Doc. No. 1 at 3–4.)[1] The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2024, respondent moved to dismiss the petition arguing that petitioner was not eligible for FSA time credits he sought because he is subject to a final order of removal. (Doc. No. 13.)  Petitioner opposed the motion to dismiss and respondent filed a reply. (Doc.

---

[1] Petitioner was proceeding *pro se* when he filed his petition. (Doc. No. 1.) On February 16, 2024, the Office of the Federal Defender for this district filed a notice of appearance on petitioner's behalf and undertook his representation in this action. (Doc. No. 9.) However, on April 3, 2024, the Office of the Federal Defender moved to withdraw as petitioner's counsel of record (Doc. No. 21) and, on June 11, 2024, that motion was granted. (Doc. No. 27.) Since that order, petitioner has proceeded *pro se*. (*See* Doc. Nos. 28, 29, 34, 35, 37.)

1

Nos. 29, 34.) On February 10, 2025, the assigned magistrate judge issued findings and recommendations recommending that respondent's motion to dismiss the pending petition be granted. (Doc. No. 38.) Specifically, the magistrate judge concluded that respondent had established that petitioner was subject to an order of removal and, accordingly, under 18 U.S.C. § 3632(d)(4)(E)(i) he was not entitled to the FSA time credits he sought nor was he eligible for early release. (*Id*. at 2.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections to those findings and recommendations have been filed and the time in which to do so has now passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 38) are adopted;

2. Respondent's motion to dismiss (Doc. No. 13) the petition is granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 26, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[2] On February 10, 2025, the pending findings and recommendations were served on petitioner by mail at his address of record. However, on February 18, 2025, they were returned to the court by the U.S. Postal Service marked as "Undeliverable, No Reg. Number." On February 26, 2025, the U.S. Bureau of Prisons Inmate Locator, https://www.bop.gov/mobile/find_inmate/byname.jsp, reflected petitioner as "Not in BOP Custody as of: 02/11/2025." The court has not received a notice of change of address from petitioner.